# EXHIBIT A

Roy Herrera (No. 032901)
Daniel A. Arellano (No. 032304)
**HERRERA ARELLANO LLP**
530 East McDowell Road, Suite 107-150
Phoenix, Arizona 85004-1500
Telephone: (602) 567-4820
roy@ha-firm.com
daniel@ha-firm.com

Aria C. Branch*
Daniel J. Cohen*
Joel Ramirez*
Tina Meng*
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
Facsimile: (202) 968-4498
abranch@elias.law
dcohen@elias.law
jramirez@elias.law
tmeng@elias.law

* Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Alliance for Retired Americans; Voto Latino; Priorities USA,<br><br>Plaintiffs,<br><br>v.<br><br>Katie Hobbs, in her official capacity as Secretary of State for the State of Arizona; Mark Brnovich, in his official capacity as Attorney General for the State of Arizona; Larry Noble, in his official capacity as Apache County Recorder; David Stephens, in his official capacity as Cochise County Recorder; Patty Hansen, in her official capacity as Coconino County Recorder; Sadie Jo Bingham, in her official capacity as Gila County Recorder; Wendy John, in her official capacity as Graham County Recorder; Sharie Milheiro, in her official capacity | No. CV-22-1374-PHX-GMS<br><br>**DECLARATION OF SAUNDRA COLE** |

as Greenlee County Recorder; Richard Garcia, in his official capacity as La Paz County Recorder; Stephen Richer, in his official capacity as Maricopa County Recorder; Kristi Blair, in her official capacity as Mohave County Recorder; Michael Sample, in his official capacity as Navajo County Recorder; Gabriella Cázares-Kelly, in her official capacity as Pima County Recorder; Dana Lewis, in her official capacity as Pinal County Recorder; Suzanne Sainz, in her official capacity as Santa Cruz County Recorder; Michelle Burchill, in her official capacity as Yavapai County Recorder; and Richard Colwell, in his official capacity as Yuma County Recorder;

Defendants.

I, Saundra Cole, hereby declare, under the penalty of perjury, and state the following:

1. I am over the age of 18, have personal knowledge of the facts below, and can competently testify to their truth.

2. My name is Saundra Cole. I am currently the President of the Arizona Alliance for Retired Americans, Inc. (the "Arizona Alliance"), a nonprofit corporation organized under section 501(c)(4) of the Internal Revenue Code. I also serve as an Executive Council Member at the Arizona American Federation of Labor and Congress of Industrial Organizations ("AFL-CIO").

3. The Arizona Alliance is a chartered affiliate of the Alliance for Retired Americans, an allied organization of the AFL-CIO, and counts approximately 50,000 retirees as members, hailing from every county in Arizona. Many of these members have moved addresses or have multiple addresses. The Arizona Alliance's members include senior citizens and Indigenous peoples of Arizona. The Arizona Alliance also charters its own affiliate groups.

4. The Arizona Alliance's mission is to ensure that retirees, after a lifetime of work, have access to social and economic justice and full civil rights.

5. The Arizona Alliance accomplishes this mission in part through voter registration, education, and mobilization activities that help ensure that its members and prospective members are able to register to vote and meaningfully participate in Arizona's elections. These activities include encouraging voter registration at member meetings and events, participating in phone banking drives organized by the AFL-CIO, engaging in person-to-person outreach encouraging all Arizonans to vote (including via Spanish-speaking groups), answering questions about voter registration, posting on social media to encourage members and prospective members to register to vote and vote, and directing members and prospective members to information regarding voter registration and voting.

6. The Arizona Alliance's website (https://arizona.retiredamericans.org/) also helps direct Arizona seniors to external resources to verify their voter registration, ensure it is up to date, and register to vote.

7. Eligible Arizona voters rely on the Arizona Alliance to help them navigate the voting process, and if the Arizona Alliance is unable to help them, then they are less likely to register to vote, know how to vote, and ultimately cast a ballot that will be counted.

8. While many other groups conduct voter registration activities for younger voters, the Arizona Alliance's voter outreach efforts are focused specifically on the senior demographic. Seniors in Arizona often have questions about voter registration and the voting process, and the Arizona Alliance helps educate this group so that they are not disenfranchised. As a result, the Arizona Alliance is an important source of information for its members, prospective members, and constituents to update their voter registration information and exercise their right to vote.

9. For example, some seniors ask the Arizona Alliance how to determine if they are registered to vote, and the Arizona Alliance will help them determine that information. The Arizona Alliance will also help direct them to other sources of information as well as to places where they can get registered or update their voter registration.

10. In anticipation of the upcoming Arizona state and federal general election, staff and members of the Arizona Alliance have already conducted several phone banking efforts with the AFL-CIO and plan to conduct more in the near future. These phone banking activites are targeted directly at seniors in Arizona and have reached out to hundreds of Arizona seniors.

11. Members of the Arizona Alliance also mail voter registration forms to Indigenous peoples of Arizona and follow up with regular phone banking activities to assist those communities with registering to vote. Members of the Arizona Alliance also set up registration tables in public locations every week to assist with voter registration, and advertises those locations on social media.

12. Arizona's Senate Bill 1260 ("SB 1260") will have a profound impact on the Arizona Alliance's voter registration, education, and mobilization activities. The Arizona Alliance has a limited budget and only two paid staff members who work part-time. Its budget and limited staff resources will need to be reallocated to adjust for the additional time and resources needed to educate citizens on SB 1260. As just one example, because of SB 1260, the Arizona Alliance would consider creating a training program on how to cancel an out-of-state or out-of-county voter registration.

13. SB 1260 will make it significantly more difficult for the Arizona Alliance to advise Arizona citizens through phone banking or at member events about the process of casting their ballot. The Arizona Alliance will not only need to ask citizens if they are registered to vote, but also whether they have any previous addresses, and whether they might still be registered to vote there.

14. The Arizona Alliance does not currently expend any resources toward identifying voters who have multiple registrations or helping voters cancel their other voter registrations; instead, the Arizona Alliance's resources for voter registration, education, and mobilization are used to help voters update their registration information, register to vote, or vote.

15. SB 1260 will severely chill these activities because it creates a risk of criminal liability for engaging in many of the Arizona Alliance's activities. SB 1260 will require the diversion of the Arizona Alliance's resources toward helping members and prospective members cancel their other voter registrations; these resources would otherwise be directed toward traditional voter mobilization efforts if not for SB 1260.

16. Further, many of the Arizona Alliance's members are threatened with being removed from voter registration lists or early voting lists without any notice or opportunity to contest their removal as a direct result of SB 1260.

**The Felony Provision**

17. I am aware of SB 1260's Felony Provision, which makes it a felony to provide a "mechanism for voting" to someone who is also registered to vote in another state, including by merely forwarding them a ballot.

18. The broad and vague wording of the Felony Provision could apply to a wide range of the Arizona Alliance's activities because the Arizona Alliance encourages voter registration in a variety of forms and helps mobilize its members and prospective members to vote. Many of the Arizona Alliance's members and prospective members may have voter registrations in other states, including the seniors who the Arizona Alliance calls as part of its phone banking activities.

19. I am very concerned that the Felony Provision would thus criminalize the Arizona Alliance's efforts to assist its members and prospective members in either registering to vote or in voting. This would chill the Arizona Alliance's traditional voter registration and mobilization activities.

20. Even if the Felony Provision would not criminalize all of the Arizona Alliance's voter-related activites, the severe felony penalty and potential for imprisonment would require the Arizona Alliance to err on the side of assuming the Felony Provision applies whenever in doubt, in order to avoid and minimize that risk. This would result in the Arizona Alliance scaling back or reorienting its voter-related activites to ensure that

voters affirmatively cancel their other registrations.

21. For example, the Arizona Alliance will need to divert resources to educate its members and prospective members about the Felony Provision and how to check if they have any other voter registrations, and how to cancel those other registrations, *before* encouraging them to either register to vote, update their voter registration information, or vote. It may not even be possible for the Arizona Alliance to obtain this information for its members and prospective members, as the process varies among other states.

22. This would be a very significant diversion of resources because many of the Arizona Alliance's members have multiple addresses and may be registered to vote in multiple states or Arizona counties. Also, many of the Arizona Alliance's members may not know where they have previously registered to vote or even how to determine where they previously registered. They may ultimately decide not to vote or to update their voter registration information simply to avoid the trouble and confusion brought about by SB 1260.

23. The Arizona Alliance will also need to analyze its ongoing social media and word-of-mouth campaigns to determine how to adjust them in ways that will minimize potential criminal liability created by the Felony Provision.

**<u>The Cancellation and Removal Provisions</u>**

24. I am also aware of SB 1260's Cancellation and Removal Provisions, which threaten voters with removal from voter registration rolls and early voting lists without any notice, merely for having another registration in another Arizona county.

25. This will require the Arizona Alliance to help ensure that all of its members and prospective members are only registered to vote in one location, so that they are not removed from the voter registration roll or active early voting list in the county in which they intend to vote.

26. To accomplish the Arizona Alliance's mission, the organization will need to create specialized trainings, use professional and volunteer time, and spend money in order

to educate its members about the effects of the Cancellation and Removal Provisions, including how voters can be disenfranchised as a result of those provisions, how they can check if they have any other voter registrations, and how they can cancel those other voter registrations. The Arizona Alliance will also need to help answer questions from its members about these provisions and how they will operate.

27. If not for the Cancellation and Removal Provisions, the Arizona Alliance would spend that time and money on its traditional voter registration and mobilization activities: helping voters register to vote, update their voting information, and determine a method of voting that is most convenient to them.

**Impact of SB 1260 on the Arizona Alliance**

28. SB 1260 severely frustrates the Arizona Alliance's mission and its efforts to educate, register, and mobilize Arizona voters.

29. If SB 1260 is not enjoined, it will directly impact the Arizona Alliance's allocation of resources and reshape its voter education, registration, and mobilization activities to prioritize the need to affirmatively cancel other voter registrations, which the Arizona Alliance has never before spent significant time or money on. Affirmative cancellation will be a costly prerequisite not only to the Arizona Alliance assisting anyone in the act of registering to vote or voting, but also for the Arizona Alliance's members to avoid being disenfranchised without any notice. This is all a direct result of SB 1260.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 1, 2022

Saundra Cole
______________________________
Saundra Cole
President of the Arizona Alliance for Retired Americans