# EXHIBIT B

Roy Herrera (No. 032901)
Daniel A. Arellano (No. 032304)
**HERRERA ARELLANO LLP**
530 East McDowell Road, Suite 107-150
Phoenix, Arizona 85004-1500
Telephone: (602) 567-4820
roy@ha-firm.com
daniel@ha-firm.com

Aria C. Branch*
Daniel J. Cohen*
Joel Ramirez*
Tina Meng*
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
Facsimile: (202) 968-4498
abranch@elias.law
dcohen@elias.law
jramirez@elias.law
tmeng@elias.law

* Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Alliance for Retired Americans; Voto Latino; Priorities USA,<br><br>Plaintiffs,<br><br>v.<br><br>Katie Hobbs, in her official capacity as Secretary of State for the State of Arizona; Mark Brnovich, in his official capacity as Attorney General for the State of Arizona; Larry Noble, in his official capacity as Apache County Recorder; David Stephens, in his official capacity as Cochise County Recorder; Patty Hansen, in her official capacity as Coconino County Recorder; Sadie Jo Bingham, in her official capacity as Gila County Recorder; Wendy John, in her official capacity as Graham County Recorder; Sharie Milheiro, in her official capacity | No. CV-22-1374-PHX-GMS<br><br>**DECLARATION OF AMEER PATEL** |

as Greenlee County Recorder; Richard Garcia, in his official capacity as La Paz County Recorder; Stephen Richer, in his official capacity as Maricopa County Recorder; Kristi Blair, in her official capacity as Mohave County Recorder; Michael Sample, in his official capacity as Navajo County Recorder; Gabriella Cázares-Kelly, in her official capacity as Pima County Recorder; Dana Lewis, in her official capacity as Pinal County Recorder; Suzanne Sainz, in her official capacity as Santa Cruz County Recorder; Michelle Burchill, in her official capacity as Yavapai County Recorder; and Richard Colwell, in his official capacity as Yuma County Recorder;

Defendants.

**DECLARATION OF AMEER PATEL IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

I, Ameer Patel, according to 28 U.S. § 1749, hereby state:

1. My name is Ameer Patel. I am over 18 years of age, am competent to testify, and declare the following facts based on my personal knowledge.

2. I am currently employed as the Vice President of Programs of Voto Latino, a nonprofit corporation organized under section 501(c)(4) of the Internal Revenue Code. I have been in this position since September of 2019. My duties require me to be knowledgeable about Voto Latino's voting and voter-registration activities. I am also familiar with Voto Latino's resource-allocation decisions.

3. Voto Latino is the largest Latinx advocacy organization in the nation. Its mission is to grow political engagement in historically underrepresented communities, especially its core constituency: young Latinx voters.

4. In 2020, Voto Latino, along with its sister organization, Voto Latino Foundation, Inc. (a non-profit, non-partisan 501(c)(3) organization), successfully registered over

650,000 voters. Since 2012, Voto Latino has registered over 60,000 people in Arizona alone.

5. To further its mission, Voto Latino spends significant resources on voter education and mobilization initiatives, including efforts to encourage voters to vote, remind them to update their voter registrations, and inform them about available means of voting, such as early voting and voting by mail. These initiatives take the form of voter registration drives, email and social media campaigns, and text banking.

6. For the 2022 election cycle, Voto Latino's program cost for these initiatives in Arizona exceeds $2 million. These initiatives will launch in mid-September.

7. As part of its voter education and mobilization efforts, Voto Latino's employees and volunteers frequently engage with college students, new residents of Arizona, and young and Latinx voters in the state. Voto Latino currently reaches over 22 million viewers through its digital platforms, including 7,000 Arizonans.

8. Arizona is one of Voto Latino's highest priority states. In 2020, Voto Latino and Voto Latino Foundation, Inc. collected over 50,000 unique voter registration applications in Arizona. There are currently approximately 650,000 unregistered Latinx voters in Arizona, and the largest bloc of Latinx voters in Arizona are young voters (age 18–29). Voto Latino currently has over 200 volunteers active in the state.

9. Arizona's recent Senate Bill ("SB") 1260 will severely harm Voto Latino's voter registration and outreach activities, requiring Voto Latino to divert resources from its other voter-engagement work to counteract the law's harmful effects.

**The Felony Provision**

10. I am aware of SB 1260's Felony Provision, which broadly criminalizes assisting voters who have multiple voter registrations with voting. Though the full scope of the Felony Provision is unclear, it appears to criminalize several of Voto Latino's signature activities. For example, Voto Latino's digital campaigns informing voters where they can vote and how to vote, and Voto Latino's initiatives to sign up voters in Arizona, could be

considered to "knowingly" provide "a mechanism for voting" to individuals who are registered to vote in more than one state.

11. I am concerned that the risk of criminal penalties, including jail time, under the Felony Provision will make it more difficult for Voto Latino to retain and recruit employees and volunteers to carry out its mission-critical work of registering its constituents to vote and providing them with assistance in voting in Arizona.

12. To counteract the harms imposed by the Felony Provision, Voto Latino will need to expend resources to overhaul its voter registration drives to screen voters to ensure that they do not have pre-existing voter registrations in other states. If they do, Voto Latino's employees and volunteers would be at risk of engaging in criminal activity merely for helping these voters to register to vote. This risk will stifle Voto Latino's ability to engage with its constituents.

13. Voto Latino's employees and volunteers will also be required to divert their time and resources away from their other work in service of Voto Latino's mission to focus on identifying members and constituents who have multiple pre-existing voter registrations.

14. Additionally, Voto Latino will need to develop new training materials to educate its employees and volunteers about the Felony Provision and instruct them on how to properly screen voters for pre-existing voter registrations in other states. Voto Latino will then need to expend significant resources retraining its employees and volunteers with these new materials to protect them from liability under the Felony Provision.

**The Cancellation and Removal Provisions**

15. I am also aware of the Cancellation and Removal Provisions, which are especially threatening to Voto Latino's constituents because they may cause them to be removed from the voter registration rolls and early voting lists, without any forewarning or notice after the fact, if they have multiple voter registrations.

16. Young Latinx individuals—Voto Latino's core constituency—are an especially mobile population. Thus, they are particularly likely to have multiple voter registrations.

17. Additionally, early voting and voting by mail are of great importance to the Latinx community in Arizona. In addition to its voter registration work, Voto Latino has focused its get-out-the-vote efforts on increasing Latinx vote-by-mail and early-vote turnout.

18. Because the Cancellation and Removal provisions threaten to disenfranchise individuals by removing them from the voter registration rolls and early voting lists without any notice, they threaten Voto Latino's constituents' fundamental rights and strike directly at the heart of the organization's mission to grow the political engagement of the young Latinx community.

19. Moreover, the Cancellation and Removal Provisions make is easier for third parties to engage in coordinated efforts to target Voto Latino's core constituency and purge them from Arizona's voter registration system and early voting lists with unreliable data and for specious reasons. This risk is not new; Voto Latino is well aware that this tactic has taken place in other states and is currently engaged in efforts to prevent it. Voto Latino will need to divert additional time and resources to monitor for attempted voter purges in Arizona to safeguard its constituents from harm.

20. To counteract the harms imposed by the Cancellation and Removal Provisions, Voto Latino will be required to launch an educational campaign informing its constituents about these provisions and emphasizing the need for them to check whether they have multiple voter registrations or active early voting list memberships.

21. Voto Latino will also need to divert its resources, including staff and volunteer time, to check whether its constituents have voter registrations in multiple states or Arizona counties and help them to cancel their non-active registrations. This is time and money Voto Latino would otherwise be spending on achieving its goal of increasing the Latinx voting share across key states, including Arizona.

**The Return Provision**

22. Finally, I am aware that SB 1260 contains a Return Provision that appears to require Arizona residents to monitor, mark, and return election ballots meant for former residents.

23. I am concerned that the Return Provision provides yet another way to remove a person from the state's active early voting list by requiring anyone who receives an early ballot belonging to a former resident to write "Not at this address" on the ballot and place the ballot in the mail. As discussed, early voting is of great importance to the Latinx community in Arizona, and Voto Latino has and will continue to focus on increasing Latinx early-vote turnout.

24. To counteract the effects of the Return Provision, Voto Latino will need to divert resources to launch an educational campaign informing its constituents about the requirement to affirmatively mark and return early ballots intended for previous residents. Voto Latino must also inform its constituents that the Return Provision provides another way for the state to remove voters from the active early voting list without ever notifying them.

25. For these reasons, SB 1260 imposes a severe burden on Voto Latino, its employees and volunteers, and its constituents. SB 1260 will make it more costly and time-consuming for Voto Latino to achieve its mission, chill Voto Latino's engagement with its constituents, undermine its efforts to politically engage and empower that constituency, and subject its employees and volunteers to potential criminal liability—including jail time—for working to further the organization's goals. SB 1260 therefore greatly harms Voto Latino and the voters it serves.

Executed on September 6, 2022

/s/
Ameer Patel
Vice President of Programs of Voto Latino