UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Alliance for Retired Americans, et al.,<br>Plaintiffs,<br>v.<br>Katie Hobbs, in her official capacity as Secretary of State for the State of Arizona; et al.<br>Defendants. | **No. CV-22-1374-PHX-GMS**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiffs Arizona Alliance for Retired Americans, Voto Latino, and Priorities USA moved to enjoin the Felony, Cancellation, and Removal Provisions (the "Challenged Provisions") of Arizona Senate Bill ("SB") 1260 for violations of the First and Fourteenth Amendments and the National Voter Registration Act. Having considered the parties' pleadings, arguments of counsel, and the record in this case, the Court finds that Plaintiffs have demonstrated both a strong likelihood of success on the merits and that, absent an injunction, they face immediate, irreparable injury from the Challenged Provisions in SB 1260. The Court hereby **GRANTS** the motion and orders the following:

1. It is **HEREBY ORDERED** that Plaintiffs' Motion for Preliminary Injunction is **GRANTED**;

2. Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them are **ENJOINED** from taking any action to enforce, or implement the Challenged Provisions;
3. No person who has notice of this injunction shall fail to comply with it, nor shall any person subvert the injunction by sham, indirection or other artifice.
4. The bond requirement is hereby **WAIVED**.
5. This injunction will go into effect immediately and shall remain in effect pending further order from this Court.

**IT IS SO ORDERED**.