RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By: JACK L. O'CONNOR III (030660)
JOSEPH E. LA RUE (031348)
oconnorj@mcao.maricopa.gov
laruej@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov
Deputy County Attorneys
MCAO Firm No. 0003200

CIVIL SERVICES DIVISION
225 West Madison St.
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-8567

*Attorneys for the Defendant*
*Maricopa County Recorder*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Alliance for Retired Americans, et al.<br><br>Plaintiff,<br><br>v.<br><br>Katie Hobbs, et al.,<br><br>Defendants. | No. 22-CV-1374-GMS<br><br>**DECLARATION OF JANINE PETTY**<br><br>(Honorable ) |

PURSUANT TO 28 U.S.C. § 1746, I, Janine Petty, declare as follows:

1. I am over 18 years of age and am competent to testify.

2. I have personal knowledge as to the matters about which I offer testimony in this Declaration.

3. I am employed by Maricopa County as the Senior Director of Voter Registration for the Recorder's Office.

4. Among other responsibilities, I am responsible for the management of the Maricopa County Voter Registration Division, ensuring all federal and state laws as well as

county policies and procedures are followed in the processing of all voter registration forms and voter list maintenance.

5. We follow existing law as it relates to the removal of a voter from the Active Early Voting List (AEVL). A voter can be removed upon request by the voter, when they become inactive status or cancelled, or if the voter fails to vote an early ballot in all elections for two consecutive election cycles.

6. When the Recorder's Office receives confirmation from another county that a person registered in Maricopa County, registered to vote in that county the Maricopa County voter record is cancelled, and the voter is removed from AEVL if he or she is on the list.

7. I oversee the management of the county voter registration system and its interfaces with AVID, the statewide voter registration system, to ensure that our systems function according to federal and state law as well as county policies and procedures. We maintain the voter rolls in a variety of ways including using these system functions to identify cross county voter moves.

8. When the Recorder's Office receives confirmation from another county that a person registered in Maricopa County, registered to vote in that county the Maricopa County voter record is cancelled, and voter information is merged to the voter record in the new county through the voter registration systems. Any voters on the AEVL that were cancelled through this process are removed from AEVL.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 16, 2022.

Janine Petty

Janine Petty



MARICOPA COUNTY
ATTORNEY'S OFFICE
CIVIL SERVICES DIVISION
225 WEST MADISON STREET
PHOENIX, ARIZONA 85003