# Exhibit 1

**From:** Ryan Esplin <EspliR@mohave.gov>
**Sent:** Friday, September 30, 2022 8:59 AM
**To:** Spencer, Eric H.
**Subject:** FW: Quick Update on the AARA Lawsuit and Preliminary Injunction (2:22-CV-01374)
**Attachments:** CA9 - Assmt of Appellate Case Number (22-16490)(doc. 91).pdf; ORDER - Preliminary Injunction (doc. 87).pdf

**[EXTERNAL]** esplir@mohave.gov

---

Eric:

It was nice to speak to you this morning. Call any time.

Following the call I reviewed my emails, and I misspoke to you—the secretary of state did not send me an email about yesterday's meeting. Instead, it was another civil deputy that sent me an email. She provided a recap of what was stated during yesterday's meeting. Below is her email. As it would be discoverable (and is a public record), I am providing it to you per your request.

Let me know if you have any questions. Have a good weekend.

Ryan H. Esplin
Chief Civil Deputy County Attorney, Mohave County, Arizona
Mohave County Attorney Office – Civil Division
P.O. Box 7000
Kingman, AZ 86402-7000

Tel: 928-753-0770, ext. 4631

To ensure compliance with the Arizona Open Meeting Law, members of the Board of Supervisors who have received this message may reply directly to the sender, but should not forward it or send a copy of their reply to other Board Members. Board Members may reply to a staff member regarding this message, but they should not send a copy of the reply to other Board members.

NOTICE: THE INFORMATION CONTAINED IN THIS EMAIL IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

---

**From:** Laura Roubicek <LRoubicek@santacruzcountyaz.gov>
**Sent:** Thursday, September 29, 2022 2:52 PM
**To:** Aaron Lumpkin <alumpkin@coconino.az.gov>; Anna Griffin Critz <critza@mcao.maricopa.gov>; Bill Kerekes <bill.kerekes@yumacountyaz.gov>; Celeste Robertson (Apache) <crobertson@apachelaw.net>; Chris Keller (CCD) <chris.keller@pinal.gov>; Christine Roberts (CCD) <CRoberts@cochise.az.gov>; Colleen Connor <colleen.connor@yavapaiaz.gov>; Craig Cameron <craig.cameron@pinal.gov>; Daniel Jurkowitz <Daniel.Jurkowitz@pcao.pima.gov>; Jack O'Connor <oconnorj@mcao.maricopa.gov>; Jason Mitchell <jmitchell@lapazcountyaz.org>; Jason Moore <Jason.Moore@navajocountyaz.gov>; Jean Roof <jroof@graham.az.gov>;

Jeff Dalton <jdalton@gilacountyaz.gov>; Jeremy Ford <jford@greenlee.az.gov>; Joseph LaRue <laruej@mcao.maricopa.gov>; Kim Hunley <khunley@santacruzcountyaz.gov>; Melody Coady (Coconino) (mcoady@coconino.az.gov) <mcoady@coconino.az.gov>; Paul Correa <PCorrea@cochise.az.gov>; Ryan Esplin <EspliR@mohave.gov>; Scott Adams <sadams@greenlee.az.gov>; Tom Stoxen <Thomas.Stoxen@yavapaiaz.gov>; Yvonne Vieau <yvieau@coconino.az.gov>
**Cc:** rose@flaglawgroup.com
**Subject:** Quick Update on the AARA Lawsuit and Preliminary Injunction (2:22-CV-01374)

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi,

Many of you were on the call with the SoS a few minutes ago, but in case you couldn't attend, we discussed the court's Order granting partial preliminary injunction of SB 1260. Specifically, the court has enjoined enforcement of "the cancellation provision" and "the felony provision." (Copy of Order attached just in case you need/want a quick refresher.) For purposes of today's call, the practical effect of that Order is that the SoS is now recommending that when County Recorders receive notice from an out-of-state jurisdiction that a voter has registered in that jurisdiction, the County Recorder should follow the NVRA procedures related to such notices.

If transitioning to the "new" NVRA procedure will cause problems for your County Recorder, please have them reach out to the SoS by 5:00 tomorrow. Otherwise, the SoS will send an email implementing this change next week. Fortunately, the SoS also agreed to provide a template letter for the County Recorders to send to affected voters explaining what has happened and why they are being contacted.

And, just FYI, the Ninth Circuit has assigned the AG/Yuma Republican's interlocutory appeal of the court's Order a case number: 22-16490. We are officially nominal parties (whew), so we don't need to do anything at this point.

Happy Friday Eve!
*Laura*
(520) 375-7797

# Exhibit 2

**From:** Joseph LaRue (MCAO) <laruej@mcao.maricopa.gov>
**Sent:** Friday, September 30, 2022 11:03 AM
**To:** Johnson, Brett W. (PHX)
**Cc:** Hobbs, Tracy; Olson, Tracy A.
**Subject:** RE: Public records request
**Attachments:** Re: SB 1260 updates

**[EXTERNAL]** laruej@mcao.maricopa.gov

Brett,

Pursuant to your public records request, below, please see the attached email.

Sincerely,

Joseph


***Joseph E. La Rue***
Election Law Team Leader

Email: laruej@mcao.maricopa.gov
Phone: (602) 506-6171 (Direct)
Phone: (602) 686-3099 (Cell)

Maricopa County Attorney's Office
225 West Madison St.
Phoenix, Arizona 85003
http://www.maricopacountyattorney.org


**CONFIDENTIALITY NOTICE:** This email may be protected by the attorney-client privilege or the attorney work-product doctrine. If you are not the intended recipient, please delete all copies of the transmission and notify the sender immediately.

**From:** Johnson, Brett W. (PHX) <bwjohnson@swlaw.com>
**Sent:** Friday, September 30, 2022 10:56 AM
**To:** Joseph LaRue (MCAO) <laruej@mcao.maricopa.gov>
**Cc:** Hobbs, Tracy <thobbs@swlaw.com>; Olson, Tracy A. <tolson@swlaw.com>
**Subject:** Public records request

Joseph –

Pursuant to Arizona's Public Records law, please provide any emails or other correspondence from the Arizona Secretary of State between 09/28 and 09/30 related to Judge Snow's order and the policy of voter registration in Arizona. This is not for a commercial purpose.

Thank you,

**Brett W. Johnson, P.C.**$

office: 602.382.6312 | mobile: 480.567.6425
email: bwjohnson@swlaw.com

Snell & Wilmer
One Arizona Center | 400 East Van Buren Street | Suite 1900 | Phoenix, AZ 85004-2202

S&W Snell & Wilmer
swlaw.com | disclaimer

Albuquerque | Boise | Dallas | Denver | Las Vegas | Los Angeles | Los Cabos | Orange County | Phoenix | Portland | Reno | Salt Lake City | San Diego | Seattle | Tucson | Washington, D.C.
LinkedIn | Twitter | Facebook | Instagram

**From:** Kori Lorick <KLorick@azsos.gov>
**Sent:** Friday, September 30, 2022 10:34 AM
**To:** Stephen Richer; Larry Noble; David Stevens; Hansen, Patty; Sadie Jo Bingham; Wendy John; Sharie Milheiro; Dana Lewis; Gabriella Cazares-Kelly (Gabriella.Cazares-Kelly@recorder.pima.gov); Michael Sample; richard.colwell@yumacountyaz.gov; Michelle Burchill; Richard Garcia; Suzie Sainz; Kristi Blair
**Cc:** Anna Critz (MCAO); Selena Rojas (MCAO); Nancy Youngerman (MCAO); crobertson@apachelaw.net; croberts@cochise.az.gov; craig.cameron@pinal.gov; Daniel.Jurkowitz@pcao.pima.gov; EmploymentLaw@pcao.pima.gov; Jack O'Connor (MCAO); jason.moore@navajocountyaz.gov; jroof@graham.az.gov; jdalton@gilacountyaz.gov; Joseph LaRue (MCAO); khunley@santacruzcountyaz.gov; cjimenez@santacruzcountyaz.gov; lroubicek@santacruzcountyaz.gov; tort@pcao.pima.gov; Colleen.Connor@yavapaiaz.gov; pc@pcorrea.org; pcorrea@cochise.az.gov; EspliR@mohave.gov; sadams@greenlee.az.gov; Thomas.Stoxen@yavapaiaz.gov; ycao@yavapaiaz.gov; Bill.Kerekes@yumacountyaz.gov; ycattycivil@yumacountyaz.gov; Ford, Jeremy; Minda.Davy@yumacountyaz.gov; Geneva L. Jackson; Matthew Aguilar; Charlotte Williams; Heather Lopez; Casner, Donna; Holly Robinson; Nicole Gillespie; Rose Winkeler; Sarah Howard; Michelle Almeida; Karen McCracken; Hilary Hiser; Gwyn Villescas; Polly Merriman; Janine Petty - RISCX; Laurin Custis; Natalie Collings; Kathy Valenzuela; Bo Dul; Allie Bones
**Subject:** Re: SB 1260 updates

All,

Thank you all for joining yesterday's VRAC meeting. I'm sending this email to memorialize our discussion of the recent Preliminary Injunction Order in Arizona Alliance for Retired Americans v. Hobbs. I also want to confirm that, after hearing feedback from the counties and several follow-up discussions, **the Secretary of State's office believes that we need not and should not make any changes to our existing procedures in advance of the November election**.

As a reminder, the PI Order enjoined two portions of SB 1260:

- The Court preliminarily enjoined SB 1260's cancellation provisions, which would've required counties to cancel a voter's registration when they: (1) receive confirmation from another county recorder that the voter has registered in that county, ; or (2) received "credible information" that a voter has registered in another county and the county recorder confirms with the other county that the voter has registered in the other county. A.R.S. §§ 16-165(A)(10), (B).
- The Court also preliminarily enjoined SB 1260's felony provision, which makes it a class 6 felony for a person to "knowingly provide[] a mechanism for voting to another person who is registered in another state, including by forwarding an early ballot addressed to the other person." A.R.S. § 16-1016(A)(12).

As we discussed on the call, it's important to note that although the court acknowledged that the court's reasoning in reaching its conclusions may raise some questions on the appropriateness of existing voter registration procedures, the court **did not** expressly enjoin any existing procedures.

The Secretary's office, and it appears all counties agree, that we are comfortable proceeding with the in-state duplicate match process since that process relies on and is only triggered by an actual voter registration form submitted by the voter that directly confirms in writing the voter's new residence address outside the prior county of registration.



DEF-007

However, we discussed whether our procedures for cancelling a voter registration record based on a notice from an *out-of-state* jurisdiction should be modified. The Secretary recommends that we put those notices through the normal NVRA process on a going forward basis. But, to be clear, nothing in the Court's PI order requires this or any other changes now. Following input from the counties and follow-up discussions after the VRAC call, we believe the best approach is keep all our procedures consistent and **not** make any changes in advance of this election.

After the November election, we'll reconvene to consider appropriate modifications, if any. As always, please reach out to me if you have any questions or feedback, and please consult with your county attorney for legal advice on these issues.

Thank you,
Kori

---

**From:** Kori Lorick
**Sent:** Wednesday, September 28, 2022 5:26 PM
**To:** Stephen Richer <sricher@risc.maricopa.gov>; Larry Noble <lnoble@co.apache.az.us>; David Stevens <dstevens@cochise.az.gov>; Hansen, Patty <phansen@coconino.az.gov>; Sadie Jo Bingham <sbingham@gilacountyaz.gov>; Wendy John <wjohn@graham.az.gov>; Sharie Milheiro <smilheiro@greenlee.az.gov>; Dana Lewis <dana.lewis@pinal.gov>; Gabriella Cazares-Kelly (Gabriella.Cazares-Kelly@recorder.pima.gov) <Gabriella.Cazares-Kelly@recorder.pima.gov>; Michael Sample <michael.sample@navajocountyaz.gov>; richard.colwell@yumacountyaz.gov <Richard.Colwell@yumacountyaz.gov>; Michelle Burchill <michelle.burchill@yavapaiaz.gov>; Richard Garcia <rgarcia@lapazcountyaz.org>; Suzie Sainz <ssainz@santacruzcountyaz.gov>; Kristi Blair <blairk@mohave.gov>
**Cc:** critza@mcao.maricopa.gov <critza@mcao.maricopa.gov>; rojass@mcao.maricopa.gov <rojass@mcao.maricopa.gov>; youngern@mcao.maricopa.gov <youngern@mcao.maricopa.gov>; crobertson@apachelaw.net <crobertson@apachelaw.net>; croberts@cochise.az.gov <CRoberts@cochise.az.gov>; craig.cameron@pinal.gov <craig.cameron@pinal.gov>; Daniel.Jurkowitz@pcao.pima.gov <Daniel.Jurkowitz@pcao.pima.gov>; EmploymentLaw@pcao.pima.gov <EmploymentLaw@pcao.pima.gov>; oconnorj@mcao.maricopa.gov <oconnorj@mcao.maricopa.gov>; jason.moore@navajocountyaz.gov <jason.moore@navajocountyaz.gov>; jroof@graham.az.gov <jroof@graham.az.gov>; jdalton@gilacountyaz.gov <jdalton@gilacountyaz.gov>; Joseph La Rue <laruej@mcao.maricopa.gov>; khunley@santacruzcountyaz.gov <khunley@santacruzcountyaz.gov>; cjimenez@santacruzcountyaz.gov <cjimenez@santacruzcountyaz.gov>; lroubicek@santacruzcountyaz.gov <LRoubicek@santacruzcountyaz.gov>; tort@pcao.pima.gov <tort@pcao.pima.gov>; Colleen.Connor@yavapaiaz.gov <Colleen.Connor@yavapaiaz.gov>; pc@pcorrea.org <pc@pcorrea.org>; pcorrea@cochise.az.gov <pcorrea@cochise.az.gov>; EspliR@mohave.gov <esplir@mohave.gov>; sadams@greenlee.az.gov <sadams@greenlee.az.gov>; Thomas.Stoxen@yavapaiaz.gov <Thomas.Stoxen@yavapaiaz.gov>; ycao@yavapaiaz.gov <ycao@yavapaiaz.gov>; Bill.Kerekes@yumacountyaz.gov <Bill.Kerekes@yumacountyaz.gov>; ycattycivil@yumacountyaz.gov <ycattycivil@yumacountyaz.gov>; Ford, Jeremy <jford@greenlee.az.gov>; Minda.Davy@yumacountyaz.gov <Minda.Davy@yumacountyaz.gov>; Rose Winkeler <rose@flaglawgroup.com>; Bo Dul <bo@statesuniteddemocracy.org>; Allie Bones <ABones@azsos.gov>
**Subject:** SB 1260 updates

All,
We'll use the first part of tomorrow's VRAC call to discuss the developments in the case challenging SB 1260 (AARA v. Hobbs). As we circulated earlier this week, the court ordered parts of the legislation enjoined. Some of the defendants have filed for a stay in order to appeal the PI. I've cc'd your county attorneys here and am inviting them to join us from 2:00 to 2:30 on tomorrow's VRAC call to review the court's order and next steps together. The second half of the call will remain dedicated to the Text2Cure training.

If you or your attorney can't make it, please let me know.

Thank you,
Kori