1 | Brett W. Johnson (#021527)
2 | Eric H. Spencer (#022707)
  | Colin P. Ahler (#023879)
3 | Tracy A. Olson (#034616)
  | SNELL & WILMER L.L.P.
4 | Cityscape
  | One East Washington Street, Suite 2700
5 | Phoenix, Arizona 85004-2556
  | Telephone: 602.382.6000
6 | Facsimile: 602.382.6070
  | E-Mail: bwjohnson@swlaw.com
7 |            espencer@swlaw.com
  |            cahler@swlaw.com
8 |            tolson@swlaw.com

*Attorneys for Intervenor-Defendant*
*Yuma County Republican Committee*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Alliance for Retired Americans; et al., | No. 2:22-CV-01374-GMS |
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | |
| Adrian Fontes, in his official capacity as Secretary of State for the State of Arizona, et al., | |
| Defendants. | |

Pursuant to this Court's January 24, 2023 Order (Doc. 111), the parties respectfully submit this joint status report regarding the status of the interlocutory appeal of the preliminary injunction, Court of Appeals case number 22-16490. Oral argument occurred on May 16, 2023, and the United States Court of Appeals for the Ninth Circuit took the matter under advisement. On May 23, 2023, the Ninth Circuit ordered supplemental briefing regarding (1) whether Plaintiffs have associational or organizational standing to bring their claim against the Cancellation Provision; and (2) whether the Ninth Circuit should certify a question to the Arizona Supreme Court regarding the meaning of "mechanism for voting,"

as used in the Felony Provision. The parties submitted simultaneous supplemental briefs on June 6, 2023, and the case remains pending. The parties will provide this Court with an updated joint status report upon issuance of the Court of Appeals' ruling or in 30 days, whichever is sooner.

1   DATED this 11ᵗʰ day of September, 2023.

2                                                  SNELL & WILMER L.L.P.

3

4                                                  By: s/ *Brett W. Johnson*
                                                   _____
                                                   Brett W. Johnson
5                                                  Eric H. Spencer
                                                   Colin P. Ahler
6                                                  Tracy A. Olson
                                                   SNELL & WILMER, LLP
7                                                  Cityscape
                                                   One East Washington Street, Suite 2700
8                                                  Phoenix, Arizona 85004-2556
                                                   (602) 382-6000
9                                                  bwjohnson@swlaw.com
                                                   espencer@swlaw.com
10                                                 cahler@swlaw.com
                                                   tolson@swlaw.com

11                                                 *Attorneys for Intervenor-Defendant*
                                                   *Yuma County Republican Committee*
12

13                                                 ARIZONA ATTORNEY GENERAL'S
                                                   OFFICE
14

15

16                                                 By: s/ *Joshua M. Whitaker (w/*
                                                   *permission)*
                                                   _____
17                                                 Joshua M. Whitaker
                                                   2005 N. Central Avenue
18                                                 Phoenix, Arizona 85004
                                                   (602) 542-7738
19                                                 Joshua.whitaker@azag.gov

20                                                 *Attorneys for Kris Mayes, Attorney*
                                                   *General for the State of Arizona*

21

22

23

24

25

26

27

28

                                        - 2 -

1

HERRERA ARELLANO L.L.P.

2

3

By: s/ *Daniel A. Arellano (w/ permission)*

4

Roy Herrera

Daniel A. Arellano

5

530 East McDowell Road, Suite 107-150

Phoenix, Arizona 85004-1500

6

roy@ha-firm.com

daniel@ha-firm.com

7

8

Aria C. Branch*

Daniel J. Cohen*

9

Joel Ramirez*

Tina Meng*

10

Spencer Klein*

11

ELIAS LAW GROUP LLP

10 G Street NE, Suite 600

12

Washington, D.C. 20002

Telephone: (202) 968-4490

13

Facsimile: (202) 968-4498

14

abranch@elias.law

dcohen@elias.law

15

jramirez@elias.law

tmeng@elias.law

16

sklein@elias.law

17

* *Admitted Pro Hac Vice*

18

*Attorneys for Plaintiffs*

19

ARIZONA ATTORNEY GENERAL'S OFFICE

20

21

By: s/ *Kara Karlson (w/ permission)*

22

Kara Karlson

Kyle Cummings

23

2005 N. Central Avenue

Phoenix, Arizona 85004

24

(602) 542-7738

Kara.karlson@azag.gov

25

Kyle.cummings@azag.gov

26

*Attorneys for Adrian Fontes, Arizona Secretary of State*

27

28

1

## **CERTIFICATE OF SERVICE**

2        I certify that, on September 11, 2023, I electronically transmitted the attached

3   document to the Clerk's Office using the CM/ECF System for filing, which automatically

4   sends a Notice of Electronic Filing to all counsel of record.

5

6   *s/ Tracy Hobbs*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28