Brett W. Johnson (#021527)
Eric H. Spencer (#022707)
Colin P. Ahler (#023879)
Tracy A. Olson (#034616)
SNELL & WILMER L.L.P.
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: bwjohnson@swlaw.com
    espencer@swlaw.com
    cahler@swlaw.com
    tolson@swlaw.com

*Attorneys for Intervenor-Defendant Yuma County Republican Committee*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Alliance for Retired Americans; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Adrian Fontes, in his official capacity as Secretary of State for the State of Arizona, et al., <br><br> Defendants. | No. 2:22-CV-01374-GMS <br><br> **JOINT STATUS REPORT** |

Pursuant to this Court's January 24, 2023 Order (Doc. 111), the parties respectfully submit this joint status report regarding the status of the interlocutory appeal of the preliminary injunction, Court of Appeals case number 22-16490. Oral argument occurred on May 16, 2023, and the United States Court of Appeals for the Ninth Circuit took the matter under advisement. On May 23, 2023, the Ninth Circuit ordered supplemental briefing regarding (1) whether Plaintiffs have associational or organizational standing to bring their claim against the Cancellation Provision; and (2) whether the Ninth Circuit should certify a question to the Arizona Supreme Court regarding the meaning of "mechanism for voting,"

as used in the Felony Provision. The parties submitted simultaneous supplemental briefs on June 6, 2023, and the case remains pending. The parties will provide this Court with an updated joint status report upon issuance of the Court of Appeals' ruling or in 30 days, whichever is sooner.

DATED this 10th day of October, 2023.

        SNELL & WILMER L.L.P.

By: */s/ Brett W. Johnson*
Brett W. Johnson
Eric H. Spencer
Colin P. Ahler
Tracy A. Olson
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone: (602) 382-6000
bwjohnson@swlaw.com
espencer@swlaw.com
cahler@swlaw.com
tolson@swlaw.com

*Attorneys for Intervenor-Defendant Yuma County Republican Committee*

ARIZONA ATTORNEY GENERAL'S OFFICE

By: */s/ Joshua M. Whitaker (w/permission)*
Joshua M. Whitaker
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-7738
Joshua.whitaker@azag.gov

*Attorneys for Kris Mayes, Attorney General for the State of Arizona*

HERRERA ARELLANO L.L.P.

By: /s/ *Daniel A. Arellano (w/permission)*
 Roy Herrera
 Daniel A. Arellano
 530 E. McDowell Road, Ste. 107-150
 Phoenix, Arizona 85004
 Telephone: (602) 567-4820
 roy@ha-firm.com
 daniel@ha-firm.com

 Aria C. Branch*
 Daniel J. Cohen*
 Joel Ramirez*
 Tina Meng Morrison*
 **ELIAS LAW GROUP LLP**
 10 G. Street NE, Ste. 600
 Washington, D.C. 20002
 Telephone: (202) 968-4490
 abranch@elias.law
 dcohen@elias.law
 jramirez@elias.law
 tmengmorrison@elias.law
 *Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

ARIZONA ATTORNEY GENERAL'S OFFICE

By: /s/ *Kara Karlson (w/permission)*
 Kara Karlson
 Kyle Cummings
 2005 N. Central Avenue
 Phoenix, Arizona 85004
 Telephone: (602) 542-7738
 Kara.karlson@azag.gov
 Kyle.cummings@azag.gov

*Attorneys for Adrian Fontes, Arizona Secretary of State*

4884-7407-4501

- 4 -

# **CERTIFICATE OF SERVICE**

I certify that, on October 10, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, which automatically sends a Notice of Electronic Filing to all counsel of record.

*/s/ Abigail Bahorich*

4884-7407-4501