Brett W. Johnson (#021527)
Eric H. Spencer (#022707)
Colin P. Ahler (#023879)
Tracy A. Olson (#034616)
SNELL & WILMER L.L.P.
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: bwjohnson@swlaw.com
espencer@swlaw.com
cahler@swlaw.com
tolson@swlaw.com

*Attorneys for Intervenor-Defendant Yuma County Republican Committee*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Alliance for Retired Americans; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Adrian Fontes, in his official capacity as Secretary of State for the State of Arizona, et al.,<br><br>Defendants. | No. 2:22-CV-01374-GMS<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's January 24, 2023 Order (Doc. 111), the parties respectfully submit this joint status report regarding the status of the interlocutory appeal of the preliminary injunction, Court of Appeals case number 22-16490. Oral argument occurred on May 16, 2023, and the United States Court of Appeals for the Ninth Circuit took the matter under advisement.

On May 23, 2023, the Ninth Circuit ordered supplemental briefing regarding (1) whether Plaintiffs have associational or organizational standing to bring their claim against the Cancellation Provision; and (2) whether the Ninth Circuit should certify a

4887-2057-8244

question to the Arizona Supreme Court regarding the meaning of "mechanism for voting," as used in the Felony Provision. The parties submitted simultaneous supplemental briefs on June 6, 2023.

On June 13, 2024, the Ninth Circuit ordered additional supplemental briefing regarding how *Food & Drug Administration v. Alliance for Hippocratic Medicine*, No. 23-235 (S. Ct. June 13, 2024) impacts organizational standing and Ninth Circuit caselaw construing *Havens Realty Corp. v. Coleman*, 455 U.S. 363 (1982). The parties submitted simultaneous supplemental briefs on June 27, 2024.

The case remains pending. The parties will provide this Court with an updated joint status report upon issuance of the Court of Appeals' ruling or in 30 days, whichever is sooner.

DATED this 1st day of July, 2024.

SNELL & WILMER L.L.P.

By: */s/ Brett W. Johnson*
    Brett W. Johnson
    Eric H. Spencer
    Colin P. Ahler
    Tracy A. Olson
    One East Washington Street
    Suite 2700
    Phoenix, Arizona 85004-2556
    Telephone: (602) 382-6000
    bwjohnson@swlaw.com
    espencer@swlaw.com
    cahler@swlaw.com
    tolson@swlaw.com

*Attorneys for Intervenor-Defendant Yuma County Republican Committee*

4887-2057-8244

ARIZONA ATTORNEY GENERAL'S OFFICE

By: */s/ Joshua M. Whitaker (w/permission)*
Joshua M. Whitaker
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-7738
Joshua.whitaker@azag.gov

*Attorneys for Kris Mayes, Attorney General for the State of Arizona*

4887-2057-8244

ELIAS LAW GROUP LLP

By: */s/ Daniel J. Cohen (w/permission)*
Aria C. Branch*
Daniel J. Cohen*
Tina Meng Morrison*
10 G. Street NE, Ste. 600
Washington, D.C. 20002
Telephone: (202) 968-4490
abranch@elias.law
dcohen@elias.law
tmengmorrison@elias.law
*Admitted *Pro Hac Vice*

Roy Herrera
Daniel A. Arellano
**HERRERA ARELLANO LLP**
530 E. McDowell Road, Ste. 107-150
Phoenix, Arizona 85004
Telephone: (602) 567-4820
roy@ha-firm.com
daniel@ha-firm.com

*Attorneys for Plaintiffs*

ARIZONA ATTORNEY GENERAL'S OFFICE

By: */s/ Kara Karlson (w/permission)*
Kara Karlson
Kyle Cummings
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-7738
Kara.karlson@azag.gov
Kyle.cummings@azag.gov

*Attorneys for Adrian Fontes, Arizona Secretary of State*

- 4 -

4887-2057-8244

# **CERTIFICATE OF SERVICE**

I certify that, on July 1, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, which automatically sends a Notice of Electronic Filing to all counsel of record.

*/s/ Abigail Bahorich*

4887-2057-8244