Brett W. Johnson (#021527)
Eric H. Spencer (#022707)
Colin P. Ahler (#023879)
Tracy A. Olson (#034616)
SNELL & WILMER L.L.P.
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: bwjohnson@swlaw.com
espencer@swlaw.com
cahler@swlaw.com
tolson@swlaw.com

*Attorneys for Intervenor-Defendant Yuma County Republican Committee*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Alliance for Retired Americans; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Adrian Fontes, in his official capacity as Secretary of State for the State of Arizona, et al., <br><br> Defendants. | No. 2:22-CV-01374-GMS <br><br> **JOINT STATUS REPORT** |

Pursuant to this Court's January 24, 2023 Order (Doc. 111), the parties respectfully submit this joint status report regarding the status of the interlocutory appeal of the preliminary injunction, Court of Appeals case number 22-16490. On September 20, 2024, the Court of Appeals for the Ninth Circuit issued its opinion. A copy of that opinion is enclosed as **Exhibit 1**.

In a 2-1 decision, the Court of Appeals held "that the plaintiffs lack standing to challenge the Cancellation Provision, and that the district court erred in concluding that the

plaintiffs showed a likelihood of success in their challenge of the Felony Provision." The Court of Appeals "vacate[d] the district court's grant of a preliminary injunction and remand[ed] for further proceedings consistent with this opinion." Judge Lee authored a concurring opinion concluding that "even if [plaintiffs] had standing, they likely would not prevail on their claim that the National Voter Registration Act (NVRA) preempts the Cancellation Provision." Judge Nguyen authored a dissenting opinion. Although Judge Nguyen concurred in the result of the Felony Provision opinion, she "strongly dissent[ed] from the majority's holding that plaintiffs lack standing to challenge the Cancellation Provision" and would have "affirm[ed] the district court's injunction as to the Cancellation Provision."

Plaintiffs have until Friday, October 4, 2024, to move for a rehearing with the Ninth Circuit.

DATED this 20th day of September, 2024.

SNELL & WILMER L.L.P.

By: *s/ Brett W. Johnson*
Brett W. Johnson
Eric H. Spencer
Colin P. Ahler
Tracy A. Olson
One East Washington Street
Suite 2700
Phoenix, Arizona  85004-2556
Telephone: (602) 382-6000
bwjohnson@swlaw.com
espencer@swlaw.com
cahler@swlaw.com
tolson@swlaw.com

*Attorneys for Intervenor-Defendant Yuma County Republican Committee*

ARIZONA ATTORNEY GENERAL'S OFFICE

By: *s/ Joshua M. Whitaker (with permission)*
Joshua M. Whitaker
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-7738
Joshua.whitaker@azag.gov

*Attorneys for Kris Mayes, Attorney General for the State of Arizona*

ELIAS LAW GROUP LLP

By: *s/ Daniel J. Cohen (with permission)*
Aria C. Branch*
Daniel J. Cohen*
Tina Meng Morrison*
10 G. Street NE, Ste. 600
Washington, D.C. 20002
Telephone: (202) 968-4490
abranch@elias.law
dcohen@elias.law
tmengmorrison@elias.law
*Admitted *Pro Hac Vice*

Roy Herrera
Daniel A. Arellano
**HERRERA ARELLANO LLP**
530 E. McDowell Road, Ste. 107-150
Phoenix, Arizona 85004
Telephone: (602) 567-4820
roy@ha-firm.com
daniel@ha-firm.com

*Attorneys for Plaintiffs*

ARIZONA ATTORNEY GENERAL'S OFFICE


By: *s/ Kara Karlson (with permission)*
Kara Karlson
Kyle Cummings
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-7738
Kara.karlson@azag.gov
Kyle.cummings@azag.gov

*Attorneys for Adrian Fontes, Arizona Secretary of State*

**CERTIFICATE OF SERVICE**

I certify that, on September 20th, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, which automatically sends a Notice of Electronic Filing to all counsel of record.

 *s/ Dana Steinwall*