Brett W. Johnson (#021527)
Eric H. Spencer (#022707)
Colin P. Ahler (#023879)
Tracy A. Olson (#034616)
SNELL & WILMER L.L.P.
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: bwjohnson@swlaw.com
        espencer@swlaw.com
        cahler@swlaw.com
        tolson@swlaw.com

*Attorneys for Intervenor-Defendant Yuma County Republican Committee*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Alliance for Retired Americans; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Adrian Fontes, in his official capacity as Secretary of State for the State of Arizona, et al.,<br><br>Defendants. | No. 2:22-CV-01374-GMS<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's January 24, 2023, Order (Doc. 111), the parties respectfully submit this joint status report regarding the status of the interlocutory appeal of the preliminary injunction, Court of Appeals case number 22-16490. On March 18, 2025, the Court of Appeals for the Ninth Circuit granted Plaintiffs' petition for rehearing *en banc*, vacating the 3-judge panel opinion issued on September 20, 2024, and setting *en banc* oral argument for the week of June 23, 2025.

The parties will file another joint status report in 30 days or upon issuance of an *en banc* ruling, whichever is sooner.

DATED this 18th day of April, 2025.

          SNELL & WILMER L.L.P.


By: *s/ Brett W. Johnson*
Brett W. Johnson
Eric H. Spencer
Colin P. Ahler
Tracy A. Olson
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone: (602) 382-6000
bwjohnson@swlaw.com
espencer@swlaw.com
cahler@swlaw.com
tolson@swlaw.com

*Attorneys for Intervenor-Defendant Yuma County Republican Committee*

ARIZONA ATTORNEY GENERAL'S OFFICE


By: *s/ Joshua M. Whitaker (w/ permission)*
Joshua M. Whitaker
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-7738
Joshua.whitaker@azag.gov

*Attorneys for Kris Mayes, Attorney General for the State of Arizona*

ELIAS LAW GROUP LLP

By: *s/ Daniel J. Cohen (w/ permission)*
Aria C. Branch*
Daniel J. Cohen*
Tina Meng Morrison*
250 Massachusetts Ave. NW, Ste. 400
Washington, DC 20001
Telephone: (202) 968-4490
abranch@elias.law
dcohen@elias.law
tmengmorrison@elias.law
*Admitted *Pro Hac Vice*

Roy Herrera
Daniel A. Arellano
**HERRERA ARELLANO LLP**
530 E. McDowell Road, Ste. 107-150
Phoenix, Arizona 85004
Telephone: (602) 567-4820
roy@ha-firm.com
daniel@ha-firm.com

*Attorneys for Plaintiffs*

ARIZONA ATTORNEY GENERAL'S OFFICE

By: *s/ Kara Karlson (w/ permission)*
Kara Karlson
Kyle Cummings
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-7738
Kara.karlson@azag.gov
Kyle.cummings@azag.gov

*Attorneys for Adrian Fontes, Arizona Secretary of State*

## **CERTIFICATE OF SERVICE**

I certify that, April 18, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, which automatically sends a Notice of Electronic Filing to all counsel of record.

*s/ Abigail Bahorich*