**LORI A. ZUCCO, Cochise County Attorney**
By: DYLAN HENDEL
Civil Deputy County Attorney
State Bar No. 039642
P.O. Drawer CA
Bisbee, AZ 85603
(520) 432-8700
CVAttymeo@cochise.az.gov
Attorney for Cochise County Recorder



# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Alliance for Retired Americans; Voto Latino; and Priorities USA, | CASE NO. 2:22-cv-01374-GMS |
| Plaintiffs, | NOTICE OF SUBSTITUTION OF COUNSEL |
| vs. | |
| Adrian Fontes, in his official capacity as the Secretary of State for the State of Arizona, et al., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Dylan Hendel, a Civil Deputy County Attorney with the Cochise County Attorney's Office, is substituting as counsel of record, in place of Paul Correa, for Defendant Billy Cloud, in his official capacity as Cochise County Recorder ("Cochise County Recorder"). Defendant Billy Cloud, in his official capacity as Cochise County Recorder, is automatically substituted for former Cochise County Recorder, David Stevens, as a defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).

Service of all correspondence, motions and other papers should be addressed to undersigned counsel. There is no change in address or telephone number for the counsel for the Cochise County Attorney's Office; however, Dylan Hendel's email address is:

- DHendel@cochise.az.gov

The Clerk of the Court is requested to terminate Paul Correa as counsel for Defendant Billy Cloud.

RESPECTFULLY SUBMITTED THIS 9th day of February, 2026.

COCHISE COUNTY ATTORNEY

BY:  */s/ Dylan Hendel*
DYLAN HENDEL
Civil Deputy County Attorney
Attorney for Cochise County Recorder



### CERTIFICATE OF SERVICE

I certify that on this 9th day of February, 2026, I electronically transmitted the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** to the Clerk's Office using the CM/ECF System for filing, which automatically sends a Notice of Electronic Filing to all counsel of record.

By: */s/ Luisa Cota*
*An Employee of Cochise County Attorney's Office*