Brett W. Johnson (#021527)
Eric H. Spencer (#022707)
Tracy A. Olson (#034616)
SNELL & WILMER L.L.P.
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone:  602.382.6000
Facsimile:  602.382.6070
E-Mail: bwjohnson@swlaw.com
          espencer@swlaw.com
          tolson@swlaw.com

*Attorneys for Intervenor-Defendant Yuma County Republican Committee*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Alliance for Retired Americans; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Adrian Fontes, in his official capacity as Secretary of State for the State of Arizona, et al., <br><br> Defendants. | No. 2:22-CV-01374-GMS <br><br> **JOINT STATUS REPORT** |

Pursuant to this Court's January 24, 2023, Order (Doc. 111), the parties respectfully submit this joint status report regarding the status of the interlocutory appeal of the preliminary injunction, Court of Appeals case number 22-16490. On March 18, 2025, the Court of Appeals for the Ninth Circuit granted Plaintiffs' petition for rehearing *en banc*, vacating the 3-judge panel opinion issued on September 20, 2024. On May 22, 2025, the Court set the *en banc* oral argument for June 25, 2025, at 1:30 p.m. On June 25, 2025, the *en banc* oral argument was held.

The parties will file another joint status report in 30 days or upon issuance of an *en banc* ruling, whichever is sooner.

DATED this 13th day of April, 2026.

SNELL & WILMER L.L.P.

By: *s/ Brett W. Johnson*
Brett W. Johnson
Eric H. Spencer
Tracy A. Olson
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone: (602) 382-6000
bwjohnson@swlaw.com
espencer@swlaw.com
tolson@swlaw.com

*Attorneys for Intervenor-Defendant*
*Yuma County Republican Committee*

ARIZONA ATTORNEY GENERAL'S OFFICE

By: *s/ Joshua M. Whitaker (w/ permission)*
Joshua M. Whitaker
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-7738
Joshua.whitaker@azag.gov

*Attorneys for Kris Mayes, Attorney*
*General for the State of Arizona*

- 2 -

SNELL & WILMER

ELIAS LAW GROUP LLP


By: s/ *Aria C. Branch (w/ permission)*
    Aria C. Branch*
    Tina Meng Morrison*
    250 Massachusetts Ave. NW, Ste. 400
    Washington, DC 20001
    Telephone: (202) 968-4490
    abranch@elias.law
    tmengmorrison@elias.law
    *Admitted *Pro Hac Vice*

    Roy Herrera
    Daniel A. Arellano
    HERRERA ARELLANO LLP
    530 E. McDowell Road, Ste. 107-150
    Phoenix, Arizona 85004
    Telephone: (602) 567-4820
    roy@ha-firm.com
    daniel@ha-firm.com

*Attorneys for Plaintiffs*


ARIZONA ATTORNEY GENERAL'S OFFICE


By: s/ *Karen J. Hartman-Tellez (w/ permission)*
    Kara Karlson
    Kyle Cummings
    Karen J. Hartman-Tellez
    2005 N. Central Avenue
    Phoenix, Arizona 85004
    Telephone: (602) 542-7738
    Kara.karlson@azag.gov
    Kyle.cummings@azag.gov
    Karen.hartman@azag.gov

*Attorneys for Adrian Fontes, Arizona Secretary of State*

- 3 -

**CERTIFICATE OF SERVICE**

I certify that, April 13, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, which automatically sends a Notice of Electronic Filing to all counsel of record.


*s/ Abigail Bahorich*