Roy Herrera (No. 032901)
Daniel A. Arellano (No. 032304)
**HERRERA ARELLANO LLP**
1001 North Central Avenue, Suite 702
Phoenix, Arizona 85004
Telephone: (602) 567-4820
roy@ha-firm.com
daniel@ha-firm.com

Aria C. Branch*
Tina Meng Morrison*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Ste. 400
Washington, D.C. 20001
Telephone: (202) 948-1135
abranch@elias.law
tmengmorrison@elias.law

* *Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Alliance for Retired Americans, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Adrian Fontes, in his official capacity as Secretary of State for the State of Arizona, et al.,<br><br>Defendants. | No. CV-22-1374-PHX-GMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiffs Arizona Alliance for Retired Americans, Voto Latino, and Priorities USA hereby notice their dismissal of this matter, without prejudice. None of the Defendants or Intervenors have filed an answer or motion for summary judgment. *See* Order, ECF No. 100 (directing parties to file an answer or motion to dismiss 21 days after the Ninth Circuit rules on the interlocutory appeal of the preliminary injunction). Dismissal by notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) is therefore appropriate.

Dated: August 21, 2026

*/s/ Daniel A. Arellano*

Roy Herrera (No. 032901)
Daniel A. Arellano (No. 032304)
**HERRERA ARELLANO LLP**
1001 North Central Avenue, Suite 702
Phoenix, Arizona 85004

Aria C. Branch*
Tina Meng Morrison*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Ste. 400
Washington, D.C. 20001
* Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2026, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants.

*/s/ Daniel A. Arellano*