UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 10 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ARIZONA ALLIANCE FOR RETIRED AMERICANS; et al.,

Plaintiffs - Appellees,

v.

KRISTIN K. MAYES, in her official capacity as Attorney General for the State of Arizona,

Defendant - Appellant,

YUMA COUNTY REPUBLICAN COMMITTEE,

Intervenor-Defendant - Appellant,

and

KATIE HOBBS, in her official capacity as Secretary of State for the State of Arizona; et al.,

Defendants.

No. 22-16490

D.C. No. 2:22-cv-01374-GMS
U.S. District Court for Arizona, Phoenix

**MANDATE**

The judgment of this Court, entered August 07, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT